**DEFENDANT'S EXHIBIT A**

DMOT

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

(Full name and address of Plaintiff)

Wanda R. Brooking
5954 South Hil Mar Circle
District Heights Maryland 20747
(240) 439-1361

Plaintiff(s)

vs.

Case No.: CAL21-09480

(Full name and address of Defendant)

Grates Hudson & Associates
3020 Hamaker ct. suite #301
Fairfax, Virginia 22031
(703) 876-9590

Defendant(s)

### COMPLAINT & JURY DEMAND

COMES NOW, Plaintiff, Wanda R. Brooking representing myself, brings this complaint against the Defendant(s) Grates Hudson and Associates and hereby alleges as follows:

Defendant Grates Hudson & Associates violated Title VII of the Civil Rights Act of 1964 / US Equal Employment Opportunity Commission with discrimination concerning Sex, Age, Americans with Disability Act, and workplace harrassment and Advancement & Promotion

### JURISDICTION & VENUE

1. Jurisdiction is proper under MD. Code ANN., CTS. & JUD. PROC. §§ 6-102 and 6-103.

The facts of this case are:

1. The Plaintiff is Wanda R. Brooking
2. The Defendant is Grates Hudson & Associates
3. The Plaintiff is a resident of Prince George's County residing at address 5954 South Hil Mar Circle District Heights Maryland 20747
4. The Defendant's corporate office is located at 3020 Hamaker court suite #301 Fairfax Virginia 22031

8

continued Count #3
Title VII of the Civil Rights Act of 1964 U.S Code Title 42 2000e-2(a)(1-2
Chapter 21 Subchapter VI, 29 USC Chapter 14 Age Discrimination In Employ
Title 42 Chapter 126 Subchapter I, Harrassment under Title VII of The Civil Rights

6. Complaints of escalating harrassment was provided to management and the Regional Manager with no steps taken to stop the violation

7. In March 2021 the property manager David Craig decide to move Hollis Ware (the harrasser) from the Avanti Apartment to another location due to the harrassm

8. On April 30th, 2021 Hollis enter the business office, said to me, I am back

9. On May 1st 2021 Hollis Ware attempted numerous times to break the gl door to kill me, demanding I open the fucking door, or he will fuck me up.

10. Written Incident Report was provided to management of the threats o my life on May 2nd, 2021

11. A protective order and criminal charges was filed against Hollis War

12. I provided my cover letter, resume, and an email to the Regional manager Ross Lloyd concerning an open position at the Avanti of Property Mar with no response

13. The Regional Manager Ross Lloyd has promoted Chris after only being at the Avanti less than 2 mths to Property Manager, Mario to Assistant property m after being at the Avanti around 5 mths, and Delvry to Accounts Manager after being at the Avanti helping and working his property for less than 6 mth — all listed are males.

14. After 30 years of management experience, 10 years of property management experience running (2) properties simultaneously, awards, I was still not promoted

WHEREFORE, Plaintiff demands judgment in the form of compensatory damages against the Defendant(s) in the amount of $ 3,60,000 plus interests and costs.

But decision's were made to promote men with less time with Grates Hud and less experie all to manageme positions.

### JURY DEMAND

Plaintiff hereby requests a jury trial as to all issues alleged herein.

Wanda R. Brookin
5954 South Hil Mar Cir
District Heights, MD 207
Wandaso104@gmail.co
(240) 439-1361

*Wanda R. Brookin*

#15. Total authorization concerning staffing and the <u>Final Decision</u> only goes through the Regional Manager Ross Lloyd. Regardless of who wants help, needs help, or any employee being transferred. No one makes the final decision but Mr. Ross. Fact. Mr. Ross sent Hollis Ware back to the Avanti Apartment to work on May 1st, 2021. This is after information was given to him of the harrassment I was experiencing, and Mr. David Craig the Property Manager requesting that Hollis Ware be moved from the Avanti Apartments to work at another property. Mr. David Craig had to, as all managers etc. must do, he had to request this to Ross Lloyd to ultimately make the decision.

#16 Human Resources director, or any employees in the department were never notified of the harrassment, even when the Regional Manager was given this information, written, and verbal warning were given to Hollis Ware, and then to management. No decision of any kind was made to alert Human Resources, which put my life in danger on May 1st, 2021 by threats to my life by Hollis Ware.

Continuation

#17: After threats on my life by Hollis Ware at the Avanti Apartments on May 1st, 2021, I had to begin receiving therapy. I have been in therapy since the end of May. I have been diagnosed with PTSD.

#18: American With Disability Act Reasonable Accomodation Request has been provided to Gates Hudson concerning returning to work less than full time. Gates Hudson put in writing that the requested reasonable accomodations will not be met. Also Senior Representative of Workers Compensation, Ms. Wendy Windsor asked Gates Hudson about the reasonable accomodations as well. Ms Windsor stated to me that the Regional Manager Ross Lloyd stated there would not be any accomodations made. I must come back full time. This decision by Gates Hudson and the Regional Manager Ross Lloyd was totally against the recommendations of my therapist Ms. Sheila Williams.

#19: The Accounts Manager, Ms. Jeanette called Mr. Ross Lloyd to discuss the harrassment I was experiencing by Hollis Ware. Ms. Jeanette brought me into her office and explain to me that after the conversation with the Regional Manager Ross Lloyd of my harrassment experiences by Hollis Ware at The Avanti, Mr Ross stated until Hollis Ware has violated policy & procedure, he would not be doing anything.

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY MARYLAND

WANDA R BROOKING
Plaintiff

V.

GATES HUDSON & ASSOCIATES
Defendant

Case CAL21-09480

August 6, 2021

## PLAINTIFF'S CLAIM UPON WHICH RELIEF CAN BE GRANTED

Comes now, the Plaintiff, Wanda R Brooking, by and through Pro Se' representation with Plaintiff's Claim Upon Which Relief Can Be Granted to the honorable Judge presiding which will be supplemented with Plaintiff's original complaint against the Defendants GatesHudson & Associates.

## CLAIM UPON WHICH RELIEF CAN BE GRANTED

1. Plaintiff, Mrs. Wanda R Brooking is a resident of District Heights, Prince George's County Maryland.

2. The Plaintiff, Mrs. Wanda R. Brooking is an employee at the Avanti Apartments managed by GatesHudson & Associates.

3. Defendants GatesHudson & Associates is an apartment management company who's corporate office is located in Fairfax Virginia.

4. Defendants, GatesHudson & Associates is the management company that manages the Avanti Apartments.

5. The Upper Marlboro Court Circuit Court Division has subject matter jurisdiction and the inherent powers to determine and render judgment in this proceeding with the parties, Plaintiff, Mrs. Wanda R. Brooking and Defendant, GatesHudson & Associates.

6. November 2019, GatesHudson acquired management for the Avanti Apartments.

7. In March 2021, after numerous complaints, written and verbal warnings, Plaintiff, Wanda R. Brooking, with the Property Manager, Mr. David Craig, Maintenance Supervisor, Mr Robert Wallace, Assistant Maintenance Supervisor, Mr Adrian Dunn, Maintenance Technician, Mr Hollis Ware had a meeting to address complaints of harassment against Plaintiff that continued to escalate.

8. At the meeting in March 2021, Property Manager, Mr. David Craig determined that Mr Hollis Ware needed to be moved from working at the Avant Apartments to another location as a result of the harassment experienced by Plaintiff, Mrs. Wanda R. Brooking.

9. On April 30, 2021, Mr. Hollis Ware came to the business office at the Avanti Apartments, and stated to the Plaintiff, Mrs.Wanda R. Brooking, "Im Back".

10. On May 1, 2021, Plaintiff Mrs. Wanda R. Brooking's life was threatened by maintenance technician Mr. Hollis Ware.

11. On May 1, 2021 Hollis Ware was the On-Call Maintenance Technician to work that day.

12. On May 1, 2021 @ 3.07pm, Plaintiff, Mrs. Wanda R. Brooking inquired by text message to Mr. Hollis Ware were emergency repairs completed.

13. On May 1, 2021, Mr. Hollis Ware texted a response to the Plaintiff, Mrs. Wanda R. Brooking, none, print tickets.

14. On May 1, 2021, Plaintiff, Mrs. Wanda R. Brooking decided due to the harassment prior to May 1, 2021, there would be zero contact with Mr. Holis Ware.  Plaintiff decided to text all emergency repairs to Mr. Hollis Ware to ensure that he did not have to come into the business office to get tickets, get keys to residents units, or speak with Plaintiff. Mr. Hollis Ware came into the business office to retrieve tickets, and to get keys he did not need because residents are home for emergency repairs, keys are not needed.  When Mr. Hollis Ware came to retrieve tickets, I asked why repairs were not done, we would be leaving soon. Mr. Hollis Ware stated to the Plaintiff, Mrs. Wanda R. Brooking that his phone is broken. Plaintiff, Mrs. Wanda R. Brooking explained that he, Mr. Hollis Ware, had responded to text messages the entire day to the Plaintiff. Mr. Hollis Ware began yelling. Plaintiff, Mrs. Wanda R. Brooking began backing away to the secure office space area with the door. Plaintiff, Mrs. Wanda R. Brooking locked office space area door where computer is, gave the printed tickets to Mr. Hollis Ware. Mr. Hollis Ware left the office.

15. Due to the harassment, and yelling experienced by Plaintiff, Mrs. Wanda R. Brooking, from Mr. Hollis Ware, the Plaintiff, Mrs. Wanda R. Brooking and the leasing consultant, Tia decided to lock both the leasing and business office doors.

16. Mr. Hollis Ware came back to the business office around ½ hour later. Mr. Hollis Ware began banging on the business office glass door, yelling, screaming "Open the fucking door, open the fucking door, or I will fuck you up".

17. On May 1, 2021, Plaintiff, Mrs. Wanda R. Brooking was on the phone with husband Mr. Ronald J. Brooking and he heard threats against Plaintiff's life as they were occurring. Mr. Ronald J. Brooking was a ear witness to all the threats by Mr. Hollis Ware.

18. The Plaintiff, Mrs. Wanda R. Brooking, hung up the phone with husband, Mr. Ronald J. Brooking and called the Assistant Property Manager, Ms.

Jeanette Goodwin. Ms. Goodwin was told about the threats against Plaintiff, Mrs. Wanda R. Brooking's life. Ms. Goodwin told Plaintiff Mrs. Wanda R. Brooking to call the police.

19. Plaintiff Wanda R. Brooking called 911..

20. The Police never showed.

21. A Protective Order was filed by Plaintiff Mrs. Wanda R. Brooking.

22. Criminal Charges were filed by Plaintiff Mrs. Wanda R. Brooking.

23. Defendants, GatesHudson & Associates also are in violation of Title VII of the Civil Rights Act of 1964 / Equal Employment Opportunity Commission concerning advancement, promotion, sex, gender and age discrimination, Americans With Disability Act, as well as non curement of harassment with a hostile, violent, threatening work environment.

24. The Defendant, GatesHudson after having all information of harassment against Plaintiff, Mrs. Wanda R. Brooking by Mr. Hollis Ware, failed to notify the Human Resources department to cease workplace harassment against Plaintiff, Wanda R. Brooking.

25. The result of this failure to notify the Human Resources Department, and decide to send Mr. Hollis Ware back to the Avanti Apartment was a direct result of the traumatic life threatening event against Plaintiff, Mrs. Wanda R. Brooking.

26. The Defendants failed to cure workplace harassment against Plaintiff, Mrs. Wanda R. Brooking which caused the Plaintiff, Mrs. Wanda R. Brooking trauma that resulted in a diagnosis of PTSD.

27. The Defendant owed Plaintiff, Mrs. Wanda R. Brooking the right and reasonable duty to follow the law and provide a workplace free of harassment, threats and violence. The reasonable duty included reporting all acts of harassment to Human Resources. The reasonable duty also

included to not have a wilful, and wanton disregard for the safety of an employee, and not providing information that can stop the harassment.

28. By failing to take action, and by failing to exercise diligence in curing the harassment to Plaintiff, Mrs. Wanda R. Brooking, the Defendant set the employment stage for more violence, threats and danger to Plaintiff, Mrs. Wanda R. Brooking's life.

29. With the exception of the Defendant, GatesHudson & Associates negligence to report, address as well as remedy and cure all acts of harassment the life threatening actions of Mr. Hollis Ware against Plaintiff, Mrs Wanda R. Brooking would have never occurred.. Plaintiff, Mrs. Wanda R. Brooking would not be diagnosed with PTSD and would be able to provide excellent quality customer service to all of the Avanti residents.

30. As a result of the Defendants, GatesHudson & Associates disregard for safety of one of its employees and providing a harassment free workplace environment, the Plaintiff, Mrs. Wanda R. Brooking has suffered mental, emotional trauma, catastrophic and economic loss financially.

**WHEREFORE**, the Plaintiff, Mrs. Wanda R. Brooking demands judgment against the Defendant, GatesHudson & Associates for Compensatory Damages in the amount of Three Hundred Thousand Dollars ($300,000) plus interest, cost, and any other relief to which this honorable court finds entitled, and appropriate.

Regards,

Mrs. Wanda R. Brooking
Pro Se Plaintiff
5954 South Hil Mar Circle
District Heights, Maryland 20747
Wandas0104@gmail.com